BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00128-WBS-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $108,341.20 SEIZED FROM TRI COUNTIES BANK ACCOUNT NUMBER 461021608, HELD IN THE NAME OF HOUSSAM ATAYA dba ATAYA MOTORS, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Houssam Ataya, by and through their respective attorneys, as follows:

1.     On or about August 7, 2014, claimant Houssam Ataya filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $108,341.20 seized from Tri Counties Bank Account Number 461021608, held in the name of Houssam Ataya dba Ataya Motors (hereafter "defendant funds"), which were seized on June 19, 2014.

2.     The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture

proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was November 5, 2014.

4. By Stipulation and Order filed November 3, 2014, the parties stipulated to extend to February 3, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to May 4, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to May 4, 2015.

Dated:  1/30/2015  
BENJAMIN B. WAGNER  
United States Attorney

By:  /s/ Kevin C. Khasigian  
KEVIN C. KHASIGIAN  
Assistant U.S. Attorney

Dated:  1/30/2015  
/s/ Patrick K. Hanly  
PATRICK K. HANLY  
Attorney for potential claimant Houssam Ataya  
(Authorized via email 1/30/15)

**IT IS SO ORDERED.**  
Dated:  February 2, 2015

WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE