BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00128-WBS-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $108,341.20 SEIZED FROM TRI COUNTIES BANK ACCOUNT NUMBER 461021608, HELD IN THE NAME OF HOUSSAM ATAYA dba ATAYA MOTORS, | |
| Defendant. | |

    It is hereby stipulated by and between the United States of America and potential claimant Houssam Ataya, by and through their respective attorneys, as follows:

    1.    On or about August 7, 2014, claimant Houssam Ataya filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $108,341.20 seized from Tri Counties Bank Account Number 461021608, held in the name of Houssam Ataya dba Ataya Motors (hereafter "defendant funds"), which were seized on June 19, 2014.

    2.    The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture

1  proceeding.

2      3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
3  forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant
4  funds are subject to forfeiture within ninety days after a claim has been filed in the administrative
5  forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement
6  of the parties. That deadline was November 5, 2014.

7      4.     By Stipulation and Order filed November 3, 2014, the parties stipulated to extend to
8  February 3, 2015, the time in which the United States is required to file a civil complaint for
9  forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant
10  funds are subject to forfeiture.

11      5.     By Stipulation and Order filed February 3, 2015, the parties stipulated to extend to
12  May 4, 2015, the time in which the United States is required to file a civil complaint for forfeiture
13  against the defendant funds and/or to obtain an indictment alleging that the defendant funds are
14  subject to forfeiture.

15      6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an
16  extension to July 3, 2015, the time in which the United States is required to file a civil complaint for
17  forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant
18  funds are subject to forfeiture.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Stipulation and Order to Extend Time

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to July 3, 2015.

Dated:  5/1/2015

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  5/1/2015

/s/ Patrick K. Hanly
PATRICK K. HANLY
Attorney for potential claimant Houssam Ataya
(Authorized via phone 5/1/15)

**IT IS SO ORDERED.**

Dated:  May 1, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE